Jacqueline Manzano
1951 Corvette Street
Las Vegas, Nevada 89142
702-788-0599
*Plaintiff in proper person*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

JACQUELINE MANZANO,

        Plaintiff(s),

-vs-

CENTRAL CREDIT SERVICES, INC. and

DONALD GLOVER,

        Defendant(s).

CASE NO. 2:14-cv-01467-JAD-VCF

**ORDER**

JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

    Jacqueline Manzano, ("Plaintiff") in proper person, and Central Credit Services, Inc., ("defendant") by and through its attorney, Shannon G. Splaine, Esq., of the Law Offices of LINCOLN, GUSTAFSON & CERCOS, L.L.P..

WHEREAS, the Plaintiff and Defendant have reached a resolution in this matter.

WHEREAS, the Defendant has performed in accordance with the terms of the resolution.

WHEREAS, the Plaintiff and Defendant stipulate to dismiss this disputed matter with prejudice.

WHEREAS, the Parties each agree to pay their own costs and fees incurred in this matter.

WHEREAS, the undersigned each has express authority on behalf of its client to enter into this stipulation.

//

//

//

//

//

Respectfully submitted:

Dated: Feb 27, 2015

*Shannon Splaine* (signature)
Shannon G. Splaine, Esq.
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
89142 Las Vegas, Nevada 89169
*Attorney for Defendant*

Dated: Feb. 27th, 2015

*Jacqueline Manzano* (signature)
Jacqueline Manzano
1951 Corvette St.
Las Vegas, Nevada
Phone 702-788-0599
*Plaintiff in proper person*

## ORDER

Based on the parties' stipulation [12], IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: March 3, 2015.

_____
UNITED STATES DISTRICT JUDGE